IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| SHALONE A. WILLIAMS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 09-00087-CV-W-GAF |
| ) | |
| DOLGENCORP, LLC, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER OF DISMISSAL

Now before the Court is the parties' Stipulation of Voluntary Dismissal. Accordingly, it is

ORDERED that the above referenced case is dismissed with prejudice. Each party is to bear its own costs and fees.

                                           s/ Gary A. Fenner
                                           Gary A. Fenner, Judge
                                           United States District Court

DATED:  August 17, 2009